

IN THE
TENTH COURT OF APPEALS

————————————

No. 10-10-00268-CV

IN RE GERALD HAYES

————————————

Original Proceeding

MEMORANDUM  OPINION

Gerald Hayes, an inmate, filed a petition for writ of mandamus.  There are procedural problems with the petition, but we use Rule 2 to look beyond those problems and deny the petition.  *See* TEX. R. APP. P. 2.

Further, absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing.  TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007).  S*ee also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. § 51.207(b); § 51.941(a) (Vernon 2005); and § 51.208 (Vernon Supp. 2009).  Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing

fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable

of the Court in no way eliminates or reduces the fees owed by Hayes.


                                        TOM GRAY
                                        Chief Justice

Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Petition denied
Opinion delivered and filed July 28, 2010
[OT06]